FILED
BILLINGS, MT

2006 FEB 6 AM 10 34

PATRICK E. DUFFY, CLERK

BY _____

DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**BUTTE DIVISION**

| | | |
|---|---|---|
| **FRONTLINE PROCESSING CORP.,** | ) | **CV 01-74-BU-RFC** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER ADOPTING** |
| | ) | **FINDINGS AND** |
| **FIRST STATE BANK OF ELDORADO,** | ) | **RECOMMENDATIONS** |
| **ELDORADO, ILLINOIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| **FIRST STATE BANK OF ELDORADO,** | ) | |
| | ) | |
| **Counterclaim Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **FRONTLINE PROCESSING CORP.,** | ) | |
| **LMA UNDERWRITING AGENCY, INC.,** | ) | |
| **and CHRISTOPHER L. KITTLER,** | ) | |
| | ) | |
| **Counterclaim Defendants,** | ) | |

On November 29, 2005, United States Magistrate Judge Richard W. Anderson entered his

Findings and Recommendation.  Magistrate Judge Anderson recommends First State Bank of

Eldorado's Motion for Summary Judgment be granted in part and denied in part; and First State

1

Bank of Eldorado's Motion for Partial Summary Judgment on Counts VII-IX of the

Counterclaim be denied.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to

file written objections. 28 U.S.C. § 636(b)(1). First State Bank of Eldorado filed their objections

to Magistrate Judge Anderson's Findings and Recommendations on December 14, 2005, and

Frontline Processing responded to the objections on January 20, 2006. First State Bank of

Eldorado's objections are not well taken.

After a de novo review, the Court determines the Findings and Recommendation of

Magistrate Judge Anderson are well grounded in law and fact and HEREBY ORDERS they be

adopted in their entirety.

Accordingly, **IT IS HEREBY ORDERED:**

1.    First State Bank of Eldorado's Motion for Summary Judgment on the Amended

Complaint [*doc. # 305*] is GRANTED IN PART and DENIED IN PART, as set

forth in Magistrate Judge Anderson's Findings and Recommendations.

2.    First State Bank of Eldorado's Motion for Partial Summary Judgment on Counts

VII-IX of the Counterclaim [*doc. #306*] is DENIED.

The Clerk of Court shall notify the parties of the making of this Order.

Dated this ___ day of February, 2006.

CERTIFICATE OF MAILING
DATE: 2/6/06 BY: _____
I hereby certify that a copy
of this order was mailed to:
H. Pierce, J. Oven, B. Wilson
M. Parker, C. Heitz
W. Sloane, H. Maklin, S. Izadpanah

Richard F. Cebull
United States District Court Judge